FILED

E-Filing

06 JAN 20 AM 9:34

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

READ-RITE CORP.

No. C-06-00364 SC
NOTICE OF FILING OF BANKRUPTCY
APPEAL AND ORDER SETTING STATUS
CONFERENCE

_____/

RE:
Bankruptcy Case: 03-43576 N7
Adversary No.:
BAP No.:
Appellant:

The appeal has been asigned the following case number C-06-00364 SC before the Honorable Samuel Conti.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 6/16/2006 in Ctrm 1, 17th Floor, SF.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Jan 20, 2006

For the Court
Richard W. Wieking, Clerk

By: Deputy Clerk

cc: USBC
Counsel of Record