1  IRELL & MANELLA LLP
   Bruce A. Wessel (116734)
2  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
3  Telephone:  (310) 277-1010
   Facsimile:   (310) 203-7199
4
   O'MELVENY & MYERS LLP
5  Suzzanne S. Uhland (136852)
   Austin K. Barron (204452)
6  Embarcadero Center West
   275 Battery Street
7  San Francisco, CA 94111-3305
   Telephone:  (415) 984-8846
8  Facsimile:   (415) 984-8701

9  Attorneys for Western Digital (Fremont),
   Inc. and Western Digital Corporation
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>READ-RITE CORP.,<br><br>            Debtor. | Case No. CV 06-00364 SC<br><br>**STIPULATION EXTENDING TIME FOR FILING APPELLEES' BRIEF AND APPELLANTS' REPLY BRIEF; DECLARATION OF BRUCE A. WESSEL IN SUPPORT THEREOF**<br><br>On appeal from the United States Bankruptcy Court for the Northern District of California Case No. 03-43576 |

**ORDER**

1459892

STIPULATION EXTENDING TIME FOR FILING
APPELLEES' BRIEF AND APPELLANTS' REPLY BRIEF;
DECLARATION OF BRUCE A. WESSEL
Case No. CV 06-00364 SC

Pursuant to Bankruptcy Local Rule 9006-1, Appellants Seagate Technology, Seagate Technology LLC, and Affiliates (collectively "Seagate") and Appellees Western Digital (Fremont), Inc. and Western Digital Corporation (collectively "WD"), through their respective counsel, hereby stipulate to extend the time for WD to file its appellees' brief and the time for Seagate to file its reply brief in the above-captioned case. As stated in the attached Declaration of Bruce A. Wessel, WD's brief is currently due on March 13, 2006, and Seagate's reply brief is due ten days thereafter, on March 23, 2006. The parties stipulate to extend by seven days the parties' briefing periods: WD's appellees' brief must be filed no later than March 20, 2006, and Seagate's reply brief must be filed no later than April 6, 2006. These extensions are necessary to clearly and succinctly address the issues on appeal. There have not been any previous time modifications in this case, and the extensions will not have any effect on the schedule for this appeal.

Dated: March 7, 2006

IRELL & MANELLA LLP

By: _____
Bruce A. Wessel
Attorneys for Western Digital (Fremont), Inc. and Western Digital Corporation

Dated: March 7, 2006

WHITE & CASE LLP

By: _____
Roberto J. Kampfner
Attorneys for Seagate Technology, Seagate Technology LLC, and Affiliates

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: March 8, 2006

_____
Hon. Samuel C. Conti
United States District Judge

IT IS SO ORDERED
Judge Samuel Conti

1459892

1

STIPULATION EXTENDING TIME FOR FILING APPELLEES' BRIEF AND APPELLANTS' REPLY BRIEF; DECLARATION OF BRUCE A. WESSEL
Case No. CV 06-00364 SC

## DECLARATION OF BRUCE A. WESSEL

I, Bruce A. Wessel, declare as follows:

1. I am a partner in the law firm of Irell & Manella LLP, counsel of record for Western Digital (Fremont), Inc. and Western Digital Corporation (collectively, "WD") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court.

2. WD's appellees' brief is currently due on March 13, 2006. The reply brief of Seagate Technology, Seagate Technology LLC, and Affiliates (collectively "Seagate") is currently due on March 23, 2006.

3. The parties have stipulated to a seven-day extension of each party's briefing period, with WD's brief due on March 20, 2006, and Seagate's brief due on April 6, 2006.

4. These extensions are necessary to clearly and succinctly address the issues on appeal.

5. There have been no previous time modifications in this appeal. These extensions will not have any effect on the schedule for this appeal.

Executed on March 7, 2006, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Bruce A. Wessel

1459892

- 2 -

STIPULATION EXTENDING TIME FOR FILING
APPELLEES' BRIEF AND APPELLANTS' REPLY BRIEF;
DECLARATION OF BRUCE A. WESSEL
Case No. CV 06-00364 SC